Dismissed and Memorandum Opinion filed March 15, 2007








Dismissed
and Memorandum Opinion filed March 15, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00006-CV

____________

 

MANUEL GERARDO SANCHEZ, Appellant

 

V.

 

LETICIA RODRIGUEZ SANCHEZ, Appellee

 



 

On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 2003-30620

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 15, 2006.  On February 28, 2007, 

appellant filed a motion
to dismiss the appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed March
15, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.